United States District Court
Southern District of Texas
**ENTERED**
November 13, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **REGINALD BROWDER,** | § § § | |
| Plaintiff, | § § | |
| VS. | § § | Civil Case No. 4:22-CV-02463 |
| **GUERRA DAYS LAW GROUP,** | § § § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the October 23, 2023, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 33). Judge Bray made findings and conclusions and recommended that Defendant's Motion to Dismiss (Dkt. No. 29) be granted in part. (Dkt. No. 33).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  No party filed an objection.  As a result, review is straightforward: plain error.  *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005).  No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Bray's M&R (Dkt. No. 33) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2)     Defendant's Motion to Dismiss (Dkt. No. 29) is **GRANTED IN PART** only as to Plaintiff's claim for intentional infliction of emotion distress.

It is SO ORDERED.

Signed on November 13, 2023.

                                             _____
                                             **DREW B. TIPTON**
                                         **UNITED STATES DISTRICT JUDGE**