United States District Court
Southern District of Texas
**ENTERED**
October 18, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **REGINALD A. BOWDER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-CV-02463 |
| | § | |
| **GUERRA DAYS LAW GROUP,** | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the September 13, 2024, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 48). Judge Bray made findings and conclusions and recommended that Defendant Guerra Days Law Group, PLLC's Motion for Summary Judgment, (Dkt. No. 44), be granted in part and denied in part.

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Objections were due on September 27, 2024. No objections were timely filed. Instead, objections were signed by Plaintiff and mailed on October 3, 2024, and filed October 7, 2024. (Dkt. No. 49). The objections are not timely. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Magistrate Judge Bray's M&R, (Dkt. No. 48), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant Guerra Days Law Group, PLLC's Motion for Summary Judgment, (Dkt. No. 44), is **GRANTED in part** and **DENIED in partas provided** therein;

The Parties are **ORDERED** to submit a Proposed Scheduling Order no later than October 30, 2024.

It is SO ORDERED.

Signed on October 17, 2024.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**